**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: January 11, 2012**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| **Kevin Gray McKinnon**, | | |
| **Barbara Ellen McKinnon,** | : | Case No. 10-50021 |
| | | Chapter 13 |
| Debtors. | : | Judge Preston |

### AGREED ORDER ON THE DEBTORS' OBJECTION TO THE OHIO DEPARTMENT OF TAXATION CLAIM NO. 24  (pl #66)

This matter is before the Court on the Objection to Proof of Claim #24 filed by the Ohio Department of Taxation (pl #66) and the Ohio Department of Taxation's Response (pl #67) filed thereto. The Debtors and the Ohio Department of Taxation have come to a resolution that prevents a hearing on this matter and resolves the pending Objection without the need of further hearing by the Court. The Debtors and the Ohio Department of Taxation agree that:

1. The Debtors' liability for the 2009 tax year is One Hundred Ninety-one and 00/100ths Dollars ($191.00) which shall be paid as a priority unsecured claim as required by the Debtors' Chapter 13 Plan;

2. The penalties totaling Three and 00/100ths Dollars ($3.00) shall be paid as a general, unsecured claim;

**Agreed Order on the Debtors' Objection to the Ohio Department of Taxation Claim No. 24 (pl #66)**
Ch 13 Case No. 10-50021
Page 2

    3.    The sales tax assessment totaling Eight Hundred Fifty and 00/100ths Dollars ($850.00) was incorrectly assessed and the Debtors are not liable for this; and

    4.    Proof of Claim No. 24 filed by the Ohio Department of Taxation shall be reduced from the amount of Twelve Thousand Seven Hundred Nineteen and 32/100ths ($12,719.32) to the amount of Two Thousand Six Hundred Sixty and 08/100ths Dollars ($2,660.08) representing the true amount of tax liabilities to be paid by the Debtors through the Chapter 13 Plan as indicated, above.

    IT IS SO ORDERED.

Approved by:

| | |
|---|---|
| /s/ Crystal I. Zellar | /s/ Stephen T. Wolfe |
| Crystal I. Zellar (#0038785) | Stephen T. Wolfe (0083894) |
| Adam T. Barclay (#0075869) | **Christopher M. Cooper Co., LPA** |
| Thomas A. McCarty (#0085244) | Special Counsel for Ohio Attorney General |
| **Zellar & Barclay, Attorneys at Law, Inc.** | 3055 Cleveland Ave. |
| 720 Market Street, P.O. Box 2172 | Columbus, OH 43224 |
| Zanesville, Ohio 43702-2172 | Phone: (614) 447-0225 |
| Telephone: (740) 452-8439 | Fax: (614) 447-8672 |
| | Email: wolfe.cooperlaw@gmail.com |

COPIES TO:   Default List

| | |
|---|---|
| Stephen T. Wolfe | Ohio Department of Taxation |
| Christopher M. Cooper Co., LPA | Attorney General of Ohio |
| 3055 Cleveland Ave. | Collections Enforcement Section |
| Columbus, OH 43224 | 150 E Gay Street 21st Floor |
| | Columbus Ohio 43215 |
| Rebecca L. Daum | |
| Attorney-Bankruptcy Division | |
| Ohio Department of Taxation | |
| P.O. Box 530 | |
| Columbus, Ohio 43216-0530 | |

        # # #